IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD P. SMITH and MARGARET JOANN SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 05-500-GPM ) |
| SHIPPING UTILITIES, INC., CITICAPITAL COMMERCIAL CORPORATION, NACCO MATERIALS HANDLING GROUP, INC., d/b/a Hyster Company, and PRAIRIE FARMS DAIRY, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

This matter came before the Court on November 7, 2005, for a hearing on Plaintiffs' motion to remand. The motion was taken under advisement. On November 23, 2005, the Court issued its Memorandum and Order granting the motion and remanding the case to the Third Judicial Circuit Court, Madison County, Illinois. The Court found Plaintiffs entitled to recover their costs in seeking remand to state court under *Garbie v. DaimlerChrysler Corporation*, 211 F.3d 407 (7th Cir. 2000), and ordered Plaintiffs' counsel to file an affidavit setting forth the fees and costs incurred as a result of the removal on or before December 12, 2005. Plaintiffs' counsel did so on December 9th, seeking $5,140.00 in fees and $127.79 in costs.

However, on December 7, 2005, the United States Supreme Court decided *Martin v. Franklin Capital Corporation*, 126 S. Ct. 704, 708 (2005), which rejected the Seventh Circuit's

standard that plaintiffs are presumptively entitled to an award of fees and held that "absent unusual circumstances, attorney's fees should not be awarded when the removing party has an objectively reasonable basis for removal").  In light of *Martin*, on December 19th, Defendant Nacco Materials Handling Group, Inc. (Nacco), which was ordered to pay the costs and attorney fees, filed a motion to reconsider that part of the November 23rd Order awarding fees and costs.  Plaintiffs have not responded to the motion to reconsider.

Having fully considered the matter, the Court finds that Nacco had an objectively reasonable basis for seeking removal of this action.  Therefore, an award of fees and costs under 28 U.S.C. § 1447(c) is not appropriate.  *Martin*, 126 S. Ct. at 711.  Nacco's motion to reconsider (Doc. 41) is **GRANTED**, and that part of the November 23rd Memorandum and Order awarding Plaintiffs their fees and costs in seeking remand is **VACATED**.  Plaintiffs' request for attorney fees and costs, filed in the form of counsel's affidavit (Doc. 40), is **DENIED**.

**IT IS SO ORDERED.**

DATED: 01/27/06

                                                s/ G. Patrick Murphy  
                                                G. PATRICK MURPHY  
                                                Chief United States District Judge